JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTAKER CORP., | Case No. CV 13-1741 FMO (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 10th day of February, 2014.

/s/
Fernando M. Olguin
United States District Judge